```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18640
   ASHLEY B GRANDA
   MELANI A GRANDA                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7112    SSN XXX-XX-4684
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/07 and confirmed on 12/12/07.

2. The case was dismissed after confirmation, 05/16/2008.

3. The Debtor paid a total of $    762.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 15611.67 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CRD PRT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15611.67 | .00 | .00 | .00 | 15611.67 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS              , was allowed $    3500.00 and was paid $    500.00  direct and $    727.71  through the plan.

The Trustee received $     34.29 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/20/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```